IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERESA JO JACOBSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>DITECH FINANCIAL, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION LLC,<br><br>        Defendants. | Case No. 18-cv-06285 |

## DITECH FINANCIAL, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(B)(6)

Defendant Ditech Financial, LLC ("Ditech"), by and through its attorneys, Troutman Sanders LLP, hereby submits its Motion to Dismiss the Complaint filed against it by Plaintiff Teresa Jo Jacobsen ("Plaintiff") pursuant to Fed. R. Civ. P. 12(b)(6).

The allegations in the Complaint fail to state a claim for which relief can be granted against Ditech. Accordingly, the Court should dismiss this entire action with respect to Ditech, with prejudice, and without leave to amend, for the reasons articulated in the contemporaneously filed Memorandum of Law and those raised at any oral argument of this motion.

WHEREFORE, Defendant Ditech Financial, LLC respectfully requests that the Court grant this Motion to Dismiss, dismiss Plaintiff's Complaint with prejudice as to Ditech Financial, LLC, and award Ditech Financial, LLC such other and further relief as the Court deems just and proper.

                DITECH FINANCIAL, LLC


                By: /s/ Punit K. Marwaha_____
                By Its Attorneys

Punit K. Marwaha
TROUTMAN SANDERS LLP
1 N. Wacker Drive, Ste. 2905
Chicago, IL 60606
(312) 759-5949
Punit.marwaha@Troutman.com

Dated:   February 1, 2019

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that on February 1, 2019, I filed the foregoing document via the Court's CM/ECF system, which will send a copy of the filing to all counsel of record:

## SERVICE LIST

Joseph Scott Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
JDavidson@sulaimanlaw.com
*Counsel for Plaintiff*

By: /s/ Punit K. Marwaha\_\_\_\_

Punit K. Marwaha
Troutman Sanders LLP
1 N. Wacker Drive, Ste. 2905
Chicago, IL 60606
(312) 759-5949
Punit.Marwaha@Troutman.com
*Counsel for Ditech Financial, LLC*

- 3 -

37731133v1